*B. C. Moon,* for appellants.
*Blacklidge, Shirley & Wolf,* for appellee.

PER CURIAM.—The questions presented in this appeal were considered in the case of *Hancock* v. *Diamond Plate Glass Co.* (1906), *ante,* 351, and upon the authority of that case the judgment is affirmed.

---

WARE *v.* DIAMOND PLATE GLASS COMPANY ET AL.

[No. 5,469.    Filed January 4, 1906.]

From Grant Superior Court; *B. F. Harness,* Judge.

Action by Christopher M. Ware against the Diamond Plate Glass Company and others.    From a judgment for defendants, plaintiff appeals. *Affirmed.*

*B. C. Moon,* for appellant.
*Blacklidge, Shirley & Wolf,* for appellees.

PER CURIAM.—The questions presented by the record in this case were considered in the case of *Hancock* v. *Diamond Plate Glass Co.* (1906), *ante,* 351, and upon the authority of that case the judgment is affirmed.

---

LOGANSPORT & WABASH VALLEY GAS COMPANY
*v.* NULL.

[No. 5,477.    Filed January 26, 1906.]

From Grant Circuit Court; *H. J. Paulus,* Judge.

Suit by Mary E. Null against the Logansport & Wabash Valley Gas Company.    From a decree for plaintiff, defendant appeals. *Affirmed.*

*Blacklidge, Shirley & Wolf,* for appellant.
*Strange & Charles,* for appellee.

BLACK, P. J.—This was a suit brought by the appellee to quiet her title to certain real estate.    The question involved is like that decided in *Logansport, etc., Gas Co.* v. *Null* (1905), 36 Ind. App. 503, and upon the authority of that case the judgment herein is affirmed.